UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vanessa Contreras,<br>Plaintiff,<br>-against-<br>Sergey Kotkov, et al.,<br>Defendants. | 26CV08953 (JAV) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This case has been referred to me for general pretrial on October 20, 2026. A telephonic conference is scheduled for **Monday, October 26, 2026 at 2:30 PM.** The parties are directed to join the conference at the scheduled time and be prepared to discuss the status of the case. Please dial (646) 453-4442, Access Code: 787 827 614#.

Counsel for defendant is ordered to send a copy of this order by mail or email to counsel for plaintiff by October 22, 2026 and to file proof of such service on the docket on the same day.

DATED: October 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge