UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA CONTRERAS,
Plaintiff,
-against-
SERGEY KOTKOV et al.,
Defendants.

26-CV-08953 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on October 26, 2026:

1. By **November 9, 2026**, either: (a) Mr. Newborough shall arrange for his admission to the bar of this Court, whether pro hac vice or otherwise; or (b) another lawyer from his firm who is admitted in this District shall file a notice of appearance for Plaintiff on the docket.
2. Defendants' opposition to the motion to remand (ECF 12) shall be due by **November 30, 2026**; and Plaintiff's reply in further support shall be due by **December 30, 2026**.
3. Counsel for Plaintiff shall either (a) promptly confirm to Counsel Bayley that Defendant Kotkov has not yet been served or (b) file an affidavit of service on the docket.
4. The parties are encouraged to voluntarily begin exchanging information that will assist them in settlement efforts rather than waiting for the initial case management conference.

Additionally, Defendant CA Global Cargo did not attach the Complaint to its notice of removal, as required by 28 U.S.C. § 1446(a). Accordingly, by **October 30, 2026**, Plaintiffs shall file on the docket a corrected notice of removal that attaches the Complaint.

The Clerk of Court is respectfully requested to TERMINATE Ms. Bayley as counsel for Defendant Kotkov, leaving her as counsel for Defendant CA Global Cargo only.

DATED: October 26, 2026
New York, NY

SO ORDERED.

____________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**